EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2002

at ___ o'clock and ___ ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00408 SOM |
| ) | |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 21 U.S.C. §§ 841(a)(1), |
| JACOB DRUMMONDO-FARIAS, ) | 841(b)(1)(A), 841(b)(1)(B) |
| ) | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. ) | |
| ) | |
| _____ ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about July 10, 2002, in the District of Hawaii, defendant Jacob Drummondo-Farias knowingly and intentionally possessed with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

SEALED

Count 2

The Grand Jury charges that:

On or about July 10, 2002, in the District of Hawaii, defendant Jacob Drummondo-Farias, knowingly carried a firearm, to wit: a 9mm semi-automatic pistol, model BM-CHR, BEARING serial number 1724995, during and in relation to, and in furtherance of, a drug trafficking crime as charged in Count 1.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

Count 3

The Grand Jury charges that:

On or about August 28, 2002, in the District of Hawaii, defendant Jacob Drummondo-Farias knowingly and intentionally possessed with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 4

The Grand Jury charges that:

On or about August 28, 2002, in the District of Hawaii, defendant Jacob Drummondo-Farias knowingly and intentionally possessed with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of isomers, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: __10/9/02__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

for _____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Jacob Drummondo-Farias
Cr. No. _____
"Indictment"

3